UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
UNITED STATES OF AMERICA,

                        Plaintiff,

                        **ORDER**
           -against-                       16-CV-5442 (LDH) (CLP)

THE NEW YORK RACE ASSOCIATION, INC.,

                        Defendant.
----------------------------------------------------------------x

LaSHANN DeARCY HALL, United States District Judge:

      On February 3, 2017, United States Magistrate Judge Cheryl L. Pollak issued a Report and Recommendation (ECF No. 12), recommending that this Court approve the parties' proposed consent decree (ECF Nos. 5, 6). Any written objections to the Report and Recommendation had to be filed with the Clerk of Court within fourteen (14) days of service of the report. To date, no objections have been filed. Where no objections to a report and recommendation have been filed, "the district court need only satisfy itself that there is no clear error on the face of the record." *Estate of Ellington ex rel. Ellington v. Harbrew Imports Ltd.*, 812 F. Supp. 2d 186, 189 (E.D.N.Y. 2011) (quoting *Urena v. New York*, 160 F. Supp. 2d 606, 609-10 (S.D.N.Y. 2001)) (internal quotation marks and citations omitted). Magistrate Judge Pollak reviewed the proposed consent decree and found that the proposed settlement was fair, reasonable, and consistent with the objectives of the Clean Water Act. *See In re Cuyahoga Equip. Corp.*, 980 F.2d 110, 118-20 (2d Cir. 1992).

The Court has reviewed the Report and Recommendation for clear error and, finding none, hereby adopts Magistrate Judge Pollak's Report and Recommendation as the opinion of this Court. The Clerk of Court is directed to enter judgment in accordance with this order and close this case.

Dated: March 2, 2017
      Brooklyn, New York

                              SO ORDERED:

                                /s/ LDH
                            LaSHANN DeARCY HALL
                            United States District Judge